| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| The Law Offices of Phillip K. Evans<br>Phillip K. Evans (SBN #208336)<br>31772 Casino Dr., Suite A<br>Lake Elsinore, CA 92530<br>Tel: (951)674-0393<br>Fax: (951)674-1289<br><br>*Attorney for*  Reno D Fontana and Laura Ann Whittier | **FILED**<br>**NOV 29 2010**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re: Reno D Fontana and Laura Ann Whittier

Debtor.

|  |  |
|---|---|
| Plaintiff(s), | CHAPTER 13<br><br>CASE NUMBER  6:10-bk-46940-MJ |
| vs. | ☐    ADVERSARY NUMBER (If Applicable) |
| Defendant(s). |  |

## SUBSTITUTION OF ATTORNEY

1.    The name of the party making this Substitution of Attorney is *(specify name)*:
Reno D Fontana and Laura Ann Whittier

2.    The name, address and telephone number of the New Attorney are *(specify)*:

3.    New Attorney hereby appears in the following matters:    ☐ The case    ☐ The above Adversary Proceeding

4.    The New Attorney is substituted as attorney of record in place and stead of the Present Attorney.  *(Specify name of Present Attorney)*:

Dated: *11·28·10*

RENO D FONTANA/LAURA ANN WHITTIER
_____
Type Name of Party

_____
Signature of Party

I consent to the above substitution.

Dated:   11/22/10

Phillip K. Evans
_____
*Type Name of Present Attorney*

/s/Phillip K. Evans
_____
*Signature of Present Attorney*

I am duly admitted to practice in this district.  The above substitution is accepted.

Dated:

_____
*Type Name of New Attorney*

_____
*Signature of New Attorney*

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 2090-1.4**

Substitution of Attorney - *Page 2* **F 2090-1.4**

| In re | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 6:10-bk-46940-MJ |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code.  See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 2090-1.4**

Form B203 – Disclosure of Compensation of Attorney for Debtor – (1/88)          1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re | Case No.:   6:10-bk-46940-MJ |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| *Attorney for*   Reno D Fontana and Laura Ann Whittier | |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................................................  $              400.00

     Prior to the filing of this statement I have received ...........................................................  $              400.00

     Balance Due ............................................................................................................................  $                0.00

2.  The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

Form B203 Page Two – Disclosure of Compensation of Attorney for Debtor – (1/88)          1998 USBC, Central District of California

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services
          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 22, 2010                                          /s/Phillip K. Evans
_____                   _____
*Date*                                                         Phillip K. Evans (SBN #208336)
                                                               *Signature of Attorney*
                                                               The Law Offices of Phillip K. Evans
                                                               *Name of Law Firm*
                                                               31772 Casino Dr., Suite A
                                                               Lake Elsinore, CA 92530
                                                               Tel: (951)674-0393
                                                               Fax: (951)674-1289

---