# STATEMENT OF 341(A) LOCATION

December 06, 2010

RENO DARNELL FONTANA
LAURA ANN WHITTIER
845 W. CHINO CANYON RD.
PALM SPRINGS, CA  92262

Re: RENO DARNELL FONTANA and LAURA ANN WHITTIER
    Chapter 13 Case No.: 6:10-bk-46940-MJ
    341(a) Meeting of Creditors: 12/27/2010  8:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

   NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held at:

**Riverside Convention Center**
**3443 Orange Street**
**Citrus Herigate Room, 2nd Floor**
**Riverside, CA 92501**

   The date and time of the creditor meeting is unchanged.  The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

   Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
Rod Danielson, Chapter 13 Trustee

| In re:   RENO DARNELL FONTANA and LAURA ANN WHITTIER | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-46940-MJ |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 12/6/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

[X] Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/06/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

In re:    RENO DARNELL FONTANA and LAURA ANN WHITTIER        **Chapter: 13**

Debtors                                                       Case Number: 6:10-bk-46940-MJ

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

| | | |
|---|---|---|
| RENO DARNELL FONTANA<br>LAURA ANN WHITTIER<br>845 W. CHINO CANYON RD.<br>PALM SPRINGS, CA 92262 | PHILLIP K EVANS<br>31772 CASINO DRIVE<br>SUITE A<br>LAKE ELSINORE, CA 92530 | AMERICAN ALARM SYSTEM<br>PO BOX 10520<br>SANTA ANA, CA 92711 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK<br>73124-8848 | DR. ROBERT RENS<br>1037 N PALM CANYON DR<br>PALM SPRINGS, CA 92262 | FINANCIAL BONANZA<br>18850 VENTURA BLVD #130<br>TARZANA, CA 91356 |
| FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 94257 | GLOBAL SERVICES<br>PO BOX 661038<br>CHICAGO, IL 60666 | JAKE THE LOCKSMITH<br>PO BOX 1187<br>PALM SPRINGS, CA 92263 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD, MN<br>56302-9617 | NCO FINANCIAL<br>PO BOX 15630<br>WILMINGTON, DE 19850 | QUEST<br>PO BOX 1235<br>ELMSFORD, NY 10523 |
| RICKENBAKER COLLECTION SERVICE<br>15005 CONCORD CIRCLE<br>MORGAN HILL, CA 95037 | Rjm Acquisitions Llc<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791 | SO. CAL EDISON<br>ATTN: CREDIT & PAYMENT SERVICES<br>300 N. LONE HILL AVE.<br>SAN DIMAS, CA 91773 |
| THE GAS CO.<br>PO BOX C<br>MONTEREY PARK, CA 91756 | TRAVEL HOST<br>PO BOX 4568<br>PALM DESERT, CA 92261 | VCA DESERT ANIMAL HOSPITAL<br>4299 E. RAMON RD.<br>PALM SPRINGS, CA 92262 |
| VCA RM ANIMAL HOSPITAL<br>71075 HWY 111<br>RANCHO MIRAGE, CA 92270 | VERIZON CALIFORNIA<br>PO BOX 920041<br>DALLAS, TX 75392 | LAURA ANN WHITTIER<br>POB 3176<br>PALM SPRINGS, CA 92262 |
| PHILLIP K EVANS<br>LAW OFFICE OF PHILLIP K EVANS<br>31772 CASINO DR, STE A<br>LAKE ELSINORE, CA 92530 | RENO D FONTANA<br>PO BOX 3176<br>PALM SPRINGS, CA 92262 | |